1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  JENNIFER A. HUBER - #250143
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188
   epeters@kvn.com
5  jhuber@kvn.com

6  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   MARTIN FLUMENBAUM (application for admission *pro hac vice* pending)
7  MARC FALCONE (application for admission *pro hac vice* pending)
   1285 Avenue of the Americas
8  New York, New York 10019-6064
   Telephone: (212) 373-3000
9  Facsimile: (212) 757-3990

10 Attorneys for Plaintiff
   ARTEMIS IV, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIS IV, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>ORGANIC BOUQUET, INC., ORGANIC STYLE, LTD., GERALD PROLMAN, CHRISTOPHER GREY POWELL, ADRIAN DAVID PRESLAND BELLAMY, JOHN BRADY, and JOHN ROBERT NEVADO,<br><br>                    Defendants. | Case No. CV-08-3528-JL<br><br>**PROOF OF SERVICE ON DEFENDANT ADRIAN DAVID PRESLAND BELLAMY**<br>*(Summons; Complaint; Plaintiff's Disclosure Statement; U.S. District Court Welcome Packet; ECF Registration Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Booklet: "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California"; Application of Marc Falcone to Appear as Counsel Pro Hac Vice on behalf of Plaintiff; Proposed Order thereon; Application of Martin Flumenbaum to Appear as Counsel Pro Hac Vice on behalf of Plaintiff; Proposed Order thereon)*<br><br>Judge:    Chief Magistrate Judge James Larson<br><br>Date Comp. Filed:    July 23, 2008 |

422098.01

PROOF OF SERVICE ON DEFENDANT ADRIAN DAVID PRESLAND BELLAMY
CASE NO. CV-08-3528-JL

```
JENNIFER A. HUBER (SBN 250143)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Attorney for: Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: ARTEMIS IV, LLC

Defendant: ORGANIC BOUQUET, INC., et al.

Ref#: 240404    *    **PROOF OF SERVICE**    *    Case No.: CV 08 3528 JL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF ARTEMIS IV, LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. 7.1 & CIVIL L.R. 3-16; WELCOME TO THE U.S. DISTRICT COURT PACKETECF REGISTRATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; BOOKLET: CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE THE NORTHERN DISTRICT OF CALIFORNIA; APPLICATION OF MARC FALCONE TO APPEAR AS COUSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC; [PROPOSED] ORDER GRANTING APPLICATION OF MARC FALCONE TO APPEAR AS COUSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC; APPLICATION OF MARTIN FLUMENBAUM TO APPEAR OS COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC; [PROPOSED] ORDER GRANTING APPLICATION OF MARTIN FLUMENBAUM TO APPEAR OS COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC

in the within action by personally delivering true copies thereof to the person named below, as follows:

```
        Party served    : ADRIAN DAVID PRESLAND BELLAMY

        By serving      : Adrian David Presland Bellamy, Personally

        Address         : (Home)
                          233 West Santa Inez Avenue
                          Hillsborough, CA 94010

        Date of Service: July 28, 2008

        Time of Service: 9:30 AM
```

```
Person who served papers:
KURT W. SEDERMAN                      Fee for service: $460.80
SPECIALIZED LEGAL SERVICES, INC.      Registered California process server.
1112 Bryant Street, Suite 200         (i) Employee or Independent Contractor
San Francisco, CA 94103               (ii) Registration no.: 641
Telephone: (415) 357-0500             (iii) County: Alameda
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 28, 2008                                    Signature _____