JENNIFER A. HUBER (SBN 250143)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: ARTEMIS IV, LLC
Defendant: ORGANIC BOUQUET, INC., et al.

Ref#: 240406      *   **PROOF OF SERVICE**   *   Case No.: CV 08 3528 JL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF ARTEMIS IV, LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. 7.1 & CIVIL L.R. 3-16; WELCOME TO THE U.S. DISTRICT COURT PACKETECF REGISTRATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; BOOKLET: CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE THE NORTHERN DISTRICT OF CALIFORNIA; APPLICATION OF MARC FALCONE TO APPEAR AS COUSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC; [PROPOSED] ORDER GRANTING APPLICATION OF MARC FALCONE TO APPEAR AS COUSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC; APPLICATION OF MARTIN FLUMENBAUM TO APPEAR OS COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC; [PROPOSED] ORDER GRANTING APPLICATION OF MARTIN FLUMENBAUM TO APPEAR OS COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served      :  GERALD PROLMAN

By serving        :  Gerald Prolman, Personally

Address           :  (Home)
                     119 Emerson Avenue
                     Novato, CA 94949

Date of Service:  July 26, 2008

Time of Service:  3:15 PM

Person who served papers:
JAVIER BARAONA
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $60.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 118
(iii) County: Marin

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 29, 2008          Signature_____ _JBaraona_

KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : ARTEMIS IV, LLC

Defendant : ORGANIC BOUQUET, INC., et al.

Ref#: 240406         **\* DECLARATION RE SERVICE \***      Case No.: CV 08 3528 JL

I am and was on the dates herein mentioned, over the age of eighteen and not
a party to the within action. My business address is: 1112 Bryant Street,
Suite 200, San Francisco, CA 94103. I received the within process on July 24,
2008 and made the following attempt(s), effort(s), and/or inquirie(s) to
serve the within named: GERALD PROLMAN

Residence address (H) : 119 Emerson Avenue, Novato, CA 94949

Business address  (B) : UNKNOWN


Below is a list of dates, times and details regarding efforts to effect service.


7/24/2008 @ 8:30 PM (H) Gerald Prolman is out of town until late tomorrow night per female
who answered door. She stated that she was a friend house sitting while he was away.
7/26/2008 @ 10:00 AM (H) No answer at door at time of attempt, there is someone in the
house. There are 2 cars in driveway, a red Dodge Sebring and a dark green Saturn.
7/26/2008 @ 3:00 PM (H) No answer at door at time of attempt, I went back to my vehicle and
noticed that the Saturn was gone, and the Sebring had been moved to the street from the
driveway. I was  almost sure that someone had to be inside the house, so I went back to try
the door again. When I started to knock, the door was slightly ajar, and the wind opened it
completely. A man with a very upset expression on his face was approaching the door to close
it, I addressed him as Gerald Prolman, but he did not answer me, so I tossed the documents
inside the door. He picked up the papers and threw them at me and slammed the door, as I was
walking away I informed him loudly that he had been served and left.


Declarant:
JAVIER BARAONA                          Fee for service: $60.00
SPECIALIZED LEGAL SERVICES             Registered California process server.
1112 Bryant Street, Suite 200          (i) Employee or Independent Contractor
San Francisco, CA 94103                (ii) Registration no.: 118
Telephone: (415) 357-0500              (iii) County: Marin

I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.


Date: July 29, 2008                    Signature___*JBaraona*___