1 | KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
2 | JENNIFER A. HUBER - #250143
710 Sansome Street
3 | San Francisco, California  94111-1704
Telephone:  (415) 391-5400
4 | Facsimile:  (415) 397-7188
epeters@kvn.com
5 | jhuber@kvn.com

6 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
MARTIN FLUMENBAUM, *pro hac vice* pending
7 | MARC FALCONE, *pro hac vice* pending
1285 Avenue of the Americas
8 | New York, New York 10019
Tel:  (212) 373-3000
9 | Fax:  (212) 757-3990

10 | Attorneys for Plaintiff
ARTEMIS IV, LLC

11

12

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15

16 | CV 08 3528

Case No.

17 | ARTEMIS IV, LLC,

18 | Plaintiff,

**PLAINTIFF ARTEMIS IV, LLC'S**
**DISCLOSURE STATEMENT**
19 | v. | **PURSUANT TO FED. R. CIV. P. 7.1 &**
**CIVIL L.R. 3-16**

20 | ORGANIC BOUQUET, INC., ORGANIC
STYLE, LTD., GERALD PROLMAN,
21 | CHRISTOPHER GREY POWELL, ADRIAN
DAVID PRESLAND BELLAMY, JOHN
22 | BRADY, and JOHN ROBERT NEVADO,

23 | Defendants.

24

25

26

27

28

PLAINTIFF ARTEMIS IV, LLC'S DISCLOSURE STATEMENT
CASE NO. _____

1       Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the

2  undersigned certifies that the following persons have a financial interest in Artemis IV, LLC:

3  Kevin R. Brine and Jessica E. Smith.

4       At this time, the undersigned is not aware of any other interested individuals or entities,

5  other than the parties themselves, to have a financial interest in the subject matter in controversy

6  or in a party to the proceeding, or a non-financial interest that could be substantially affected by

7  the outcome of this proceeding, but reserves the right to file a supplemental statement upon any

8  change in the information that this statement requires.

9

10  DATED:  July 23, 2008          KEKER & VAN NEST, LLP

11

12                      By:

13                       ELLIOT R. PETERS
                         JENNIFER A. HUBER

14

15                      —and—

16                       PAUL, WEISS, RIFKIND, WHARTON
                       & GARRISON LLP

17                       MARTIN FLUMENBAUM
                       MARC FALCONE

18

19                       Attorneys for Plaintiff
                       ARTEMIS IV, LLC

20

21

22

23

24

25

26

27

28

421569.01

CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF ARTEMIS IV, LLC
CASE NO. _____