KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
epeters@kvn.com
jhuber@kvn.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
MARC FALCONE, *pro hac vice* pending
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

Attorneys for Plaintff
ARTEMIS IV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTEMIS IV, LLC,

    Plaintiff,

v.

ORGANIC BOUQUET, INC., ORGANIC STYLE, LTD., GERALD PROLMAN, CHRISTOPHER GREY POWELL, ADRIAN DAVID PRESLAND BELLAMY, JOHN BRADY, and JOHN ROBERT NEVADO,

    Defendants.

Case No. CV 08 3528 JL

APPLICATION OF MARC FALCONE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC

1  I, MARC FALCONE, declare and state as follows:

2  1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP, located at 1285 Avenue of the Americas, New York, NY 10019, and represent Artemis IV, LLC in the above-captioned matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto could do so competently under oath.

3  2. I am an active member in good standing of the New York State bar. I was admitted to the New York State bar in 1996.

4  3. I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

5  4. Elliot Peters and Jennifer Huber of Keker & Van Nest LLP are designated as co-counsel. They are members of this Court in good standing and maintain an office at 710 Sansome Street, San Francisco, California 94111.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 23rd day of July, 2008 in New York, New York.

_____
MARC FALCONE

---

APPLICATION OF MARC FALCONE TO APPEAR AS COUNSEL PRO HAC VICE ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC
CASE NO.

KEKER & VAN NEST, LLP
ELLIOT R. PETERS - #158708
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, California 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
epeters@kvn.com
jhuber@kvn.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
MARTIN FLUMENBAUM, *pro hac vice* pending
MARC FALCONE, *pro hac vice* pending
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 373-3000
Fax: (212) 757-3990

Attorneys for Plaintiff
ARTEMIS IV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 3528

| | |
|---|---|
| ARTEMIS IV, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ORGANIC BOUQUET, INC., ORGANIC STYLE, LTD., GERALD PROLMAN, CHRISTOPHER GREY POWELL, ADRIAN DAVID PRESLAND BELLAMY, JOHN BRADY, and JOHN ROBERT NEVADO,<br><br>　　　　　　　　Defendants. | Case No.<br><br>*[PROPOSED]* ORDER GRANTING APPLICATION OF MARC FALCONE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC |

*[PROPOSED]* ORDER GRANTING APPLICATION OF MARC FALCONE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC
CASE NO. _____

421501.01

1     Marc Falcone, an active member in good standing of the bar of New York, whose business address and telephone number is Paul, Weiss, Rifkind, Wharton & Garrison, LLP, located at 1285 Avenue of the Americas, New York, New York 10019, (212) 373-3000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Artemis IV, LLC;

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: _____, 2008

_____
HON.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
CALIFORNIA

---

1

*[PROPOSED]* ORDER GRANTING APPLICATION OF MARC FALCONE TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC
CASE NO. _____

421501.01