ORIGINAL FILED

08 JUL 23 PM 12: 37

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    KEKER & VAN NEST, LLP
     ELLIOT R. PETERS - #158708
2    JENNIFER A. HUBER - #250143
     710 Sansome Street
3    San Francisco, CA 94111-1704
     Telephone: (415) 391-5400
4    Facsimile: (415) 397-7188
     epeters@kvn.com
5    jhuber@kvn.com

6    PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
     MARTIN FLUMENBAUM, *pro hac vice* pending
7    MARC FALCONE, *pro hac vice* pending
     1285 Avenue of the Americas
8    New York, New York 10019
     Tel: (212) 373-3000
9    Fax: (212) 757-3990

10   Attorneys for Plaintff
     ARTEMIS IV, LLC

11

12

13                  UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15              CV 08              3528

16

17   ARTEMIS IV, LLC,                    Case No.

18                        Plaintiff,     APPLICATION OF MARTIN
                                         FLUMENBAUM TO APPEAR AS
19        v.                             COUNSEL *PRO HAC VICE* ON BEHALF
                                         OF PLAINTIFF ARTEMIS IV, LLC
20   ORGANIC BOUQUET, INC., ORGANIC
     STYLE, LTD., GERALD PROLMAN,
21   CHRISTOPHER GREY POWELL, ADRIAN
     DAVID PRESLAND BELLAMY, JOHN
22   BRADY, and JOHN ROBERT NEVADO,

23                        Defendants.

24

25

26

27

28

APPLICATION OF MARTIN FLUMENBAUM TO APPEAR AS COUNSEL PRO HAC VICE ON BEHALF OF
PLAINTIFF ARTEMIS IV, LLC
CASE NO. _____

1    I, MARTIN FLUMENBAUM, declare and state as follows:

2        1.  I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP,

3  located at 1285 Avenue of the Americas, New York, NY 10019, and represent Artemis IV, LLC

4  in the above-captioned matter.  I have knowledge of the facts set forth herein, and if called to

5  testify as a witness thereto could do so competently under oath.

6        2.  I am an active member in good standing of the New York State Bar.  I was admitted

7  to the New York State bar in 1975.  I am also a member of the bar of the District of Columbia,

8  and was admitted in 1985.

9        3.  I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4,

10  and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of

11  this Court.

12        4.  Elliot Peters and Jennifer Huber of Keker & Van Nest LLP are designated as co-

13  counsel.  They are members of this Court in good standing and maintain an office at 710

14  Sansome Street, San Francisco, California 94111.

15    I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.  Executed on this 21st day of July, 2008 in New York, New York.

17

18

19

20    MARTIN FLUMENBAUM

21

22

23

24

25

26

27

28

1
APPLICATION OF MARTIN FLUMENBAUM TO APPEAR AS COUNSEL PRO HAC VICE ON BEHALF OF
PLAINTIFF ARTEMIS IV, LLC
CASE NO. _____

1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  JENNIFER A. HUBER - #250143
   710 Sansome Street
3  San Francisco, California 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188
   epeters@kvn.com
5  jhuber@kvn.com

6  PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
   MARTIN FLUMENBAUM, *pro hac vice* pending
7  MARC FALCONE, *pro hac vice* pending
   1285 Avenue of the Americas
8  New York, New York 10019
   Tel: (212) 373-3000
9  Fax: (212) 757-3990

10 Attorneys for Plaintiff
   ARTEMIS IV, LLC

11

12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15              CV 08          3528

16
   ARTEMIS IV, LLC,                        Case No.
17
                            Plaintiff,     *[PROPOSED]* ORDER GRANTING
18                                         APPLICATION OF MARTIN
                                           FLUMENBAUM TO APPEAR AS
19     v.                                  COUNSEL *PRO HAC VICE* ON BEHALF
                                           OF PLAINTIFF ARTEMIS IV, LLC
   ORGANIC BOUQUET, INC., ORGANIC
20 STYLE, LTD., GERALD PROLMAN,
   CHRISTOPHER GREY POWELL, ADRIAN
21 DAVID PRESLAND BELLAMY, JOHN
   BRADY, and JOHN ROBERT NEVADO,
22
                            Defendants.
23

24

25

26

27

28

*[PROPOSED]* ORDER GRANTING APPLICATION OF MARTIN FLUMENBAUM TO APPEAR AS
COUNSEL *PRO HAC VICE* ON BEHALF OF PLAINTIFF ARTEMIS IV, LLC
CASE NO. _____

1        Martin Flumenbaum, an active member in good standing of the bar of New York, whose

2    business address and telephone number is Paul, Weiss, Rifkind, Wharton & Garrison, LLP,

3    located at 1285 Avenue of the Americas, New York, New York 10019, (212) 373-3000, having

4    applied in the above-entitled action for admission to practice in the Northern District of

5    California on a *pro hac vice* basis, representing Plaintiff Artemis IV, LLC;

6        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

8    *vice*. Service of papers upon and communication with co-counsel designated in the application

9    will constitute notice to the party. All future filings in this action are subject to the requirements

10   contained in General Order No. 45, Electronic Case Filing.

11

12

13   DATED: _____, 2008

14                                          _____
                                       HON.
                                       UNITED STATES DISTRICT COURT

15                                          NORTHERN DISTRICT OF
                                       CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28

421499.01