1  KEKER & VAN NEST, LLP
   ELLIOT R. PETERS - #158708
2  JENNIFER A. HUBER - #250143
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188
   epeters@kvn.com
5  jhuber@kvn.com

6  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   MARTIN FLUMENBAUM (application for admission *pro hac vice* pending)
7  MARC FALCONE (application for admission *pro hac vice* pending)
   1285 Avenue of the Americas
8  New York, New York 10019-6064
   Telephone: (212) 373-3000
9  Facsimile: (212) 757-3990

10 Attorneys for Plaintiff
   ARTEMIS IV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIS IV, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>ORGANIC BOUQUET, INC., ORGANIC STYLE, LTD., GERALD PROLMAN, CHRISTOPHER GREY POWELL, ADRIAN DAVID PRESLAND BELLAMY, JOHN BRADY, and JOHN ROBERT NEVADO,<br><br>                    Defendants. | Case No. CV-08-3528-JL<br><br>**PROOF OF SERVICE ON DEFENDANT JOHN BRADY**<br>*(Summons; Complaint; Plaintiff's Disclosure Statement; U.S. District Court Welcome Packet; ECF Registration Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Booklet: "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California"; Application of Marc Falcone to Appear as Counsel Pro Hac Vice on behalf of Plaintiff; Proposed Order thereon; Application of Martin Flumenbaum to Appear as Counsel Pro Hac Vice on behalf of Plaintiff; Proposed Order thereon)*<br><br>Judge:    Chief Magistrate Judge James Larson<br><br>Date Comp. Filed:    July 23, 2008 |

---

422098.04

PROOF OF SERVICE ON DEFENDANT JOHN BRADY
CASE NO. CV-08-3528-JL

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **John Brady**, by:

(1) personally delivering a copy of each to the individual at this place, **55 Antrim RD Hancock NH**

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

returning the summons unexecuted to the court clerk on _____.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: **Aug 1 2008 1:48 PM**

*Steven C Byers*
Server's signature

**Steven C. Byers**
Printed name and title

**8950 Route 108, Columbia, MD 21045**
Server's address

*Jane Byers 4-9-13*

08-9040