1  MICHAEL C. SPILLNER (STATE BAR NO. 205785)
   mspillner@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:    +1-650-614-7400
4  Facsimile:    +1-650-614-7401

5  Attorneys for Defendant
   ORGANIC BOUQUET, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | ARTEMIS IV, LLC,                         | Case No.  3:08-cv-03528-JL

13 |              Plaintiff,                  | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

14 |       v.                                 | The Honorable James Larson

15 | ORGANIC BOUQUET, INC., ORGANIC
    | STYLE, LTD., GERALD PROLMAN,
16 | CHRISTOPHER GREY POWELL, ADRIAN
    | DAVID PRESLAND BELLAMY, JOHN
17 | BRADY, AND JOHN ROBERT NEVADO,

18 |              Defendants.

19

20

21

22

23

24

25

26

27

28

1 | Pursuant to Civil Local Rule 6-1(a), the parties, by and through their counsel of record, hereby stipulate and agree that the defendants' time to answer or otherwise respond to the complaint shall be extended until September 15, 2008.

Dated: August 13, 2008

Respectfully submitted,

ELLIOT R. PETERS
JENNIFER HUBER
KEKER & VAN NEST LLP

MARTIN FLUMENBAUM
MARC FALCONE
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

/s/ Jennifer Huber /s/
Jennifer Huber
Attorneys for Plaintiff
ARTEMIS IV, LLC

Dated: August 13, 2008

MICHAEL C. SPILLNER
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Michael C. Spillner /s/
Michael C. Spillner
Attorneys for Defendant
ORGANIC BOUQUET, INC.

Pursuant to General Order 45 (Part X), I attest that concurrence in the filing of this document has been obtained from Jennifer Huber, counsel for the plaintiff.

/s/ Michael C. Spillner /s/
Michael C. Spillner