| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | ELLIOT R. PETERS - #158708 |
| 2 | JENNIFER A. HUBER - #250143 |
| | 710 Sansome Street |
| 3 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 4 | Facsimile: (415) 397-7188 |
| | epeters@kvn.com |
| 5 | jhuber@kvn.com |
| 6 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | MARTIN FLUMENBAUM (application for admission *pro hac vice* pending) |
| 7 | MARC FALCONE (application for admission *pro hac vice* pending) |
| | 1285 Avenue of the Americas |
| 8 | New York, New York 10019-6064 |
| | Telephone: (212) 373-3000 |
| 9 | Facsimile: (212) 757-3990 |
| 10 | Attorneys for Plaintiff |
| | ARTEMIS IV, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIS IV, LLC, | Case No. CV-08-3528-JL |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| ORGANIC BOUQUET, INC., ORGANIC STYLE, LTD., GERALD PROLMAN, CHRISTOPHER GREY POWELL, ADRIAN DAVID PRESLAND BELLAMY, JOHN BRADY, and JOHN ROBERT NEVADO, | The Honorable James Larson |
| Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-3528-JL

425348.01

1 The complaint in this matter was filed on July 23, 2008. The parties previously stipulated to an extension of time for Defendants to answer or otherwise respond to the complaint until September 15, 2008. The parties are currently in settlement negotiations and wish to explore a possible pretrial disposition of the matter. Based on the foregoing and pursuant to Civil Local Rule 6-1(b), the parties, by and through their counsel of record, have agreed that the Defendants' time to answer or otherwise respond to the complaint shall be extended for a period of 60 days, or until November 14, 2008.

THEREFORE, the parties hereby stipulate as follows:

1. Defendants' answer or response to the complaint shall be served and filed no later than November 14, 2008.

2. The deadlines in the July 23, 2008 "Order Setting Initial Case Management Conference and ADR Deadlines" shall be VACATED, and rescheduled as follows:

| Date | Event | Governing Rule |
| --- | --- | --- |
| 1/7/2009 | Last day to:<br><br>- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan<br><br>- file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov)<br><br>- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | FRCivP_26(f) & ADR L.R.3-5<br><br>Civil_L.R. 16-8 (b) & ADR L.R. 3-5(b)<br><br>Civil_L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c) |
| 1/21/2009 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil _L.R . 16-9 |

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-3528-JL

425348.01

| Date | Event | Governing Rule |
|---|---|---|
| 1/28/2009 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm F, 15th Floor, SF at 10:30 AM | Civil _L.R. 16-10 |

Dated: September 12, 2008      Respectfully Submitted,

                                              KEKER & VAN NEST, LLP

                                  By: s/ Jennifer A. Huber
                                      ELLIOT R. PETERS
                                      JENNIFER A. HUBER

                                      —and—

                                      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                      MARTIN FLUMENBAUM
                                      MARC FALCONE

                                      Attorneys for Plaintiff
                                      ARTEMIS IV, LLC

Dated: September 12, 2008       MICHAEL C. SPILLNER
                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  By: s/Michael C. Spillner
                                      MICHAEL C. SPILLNER

                                      Attorneys for Defendant
                                      ORGANIC BOUQUET, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 22, 2008

                                      HONORABLE JAMES LARSON
                                      Chief Magistrate Judge